Christina M. Sprenger, Esq. [State Bar No. 205105]
E-mail: csprenger@lbaclaw.com
Aamir Raza, Esq. [State Bar No. 223530]
E-mail: araza@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
E-mail: LBACOCstaff@lbaclaw.com
959 South Coast Drive, Suite 260
Costa Mesa, California 92626
Telephone No.: (714) 479-0180

Attorneys for Defendants SAN BERNARDINO SHERIFF'S DEPARTMENT, VICTORVILLE POLICE DEPARTMENT, THOMAS BECHTOL, JONATHAN CAHOW, CLAYTON BRANDT, STUART CULLUM, and STARSUN FINCEL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPER O. CROOK,<br><br>　　　　Claimant,<br><br>vs.<br><br>SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT; VICTORVILLE POLICE DEPARTMENT; THOMAS BECHTOL, individually and in his official capacity; JONATHAN CAHOW, individually and in his official capacity; CLAYTON BRANDT, individually and in his official capacity; STUART CULLUM, individually and in his official capacity; STARSUN FINCEL, individually and in his official capacity; and DOES 1-10 inclusive, in their individual and official capacities,<br><br>　　　　Defendants. | Case No.: 5:23-cv-02448-JVS-AS<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>*[Motion for Summary Judgment; Separate Statement; Declaration of Aamir Raza with Exhibits; Notice of Manual Filing/Lodging; and [Proposed] Judgment submitted concurrently herewith]*<br><br>**Matter for Determination Before the Honorable Magistrate Alka Sagar** |

TO THE HONORABLE COURT AND PRO SE PLAINTIFF:

PLEASE TAKE NOTICE that pursuant to Rule 201 of the Federal Rules of Evidence, Defendants SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, VICTORVILLE POLICE DEPARTMENT, T. BECHTOL, JONATHAN CAHOW, CLAYTON BRANDT, STUART CULLUM, and STARSUN FINCEL (collectively "Defendants") respectfully request the Court take judicial notice of the following facts in support of their Motion for Summary Judgment, or in the alternative, Motion for Partial Summary Judgment:

1. On October 26, 2021, a Temporary Restraining Order ("TRO") was issued against Jasper Crook by the Superior Court of California, County of San Bernardino to protect Tanya Newell of Victor Elementary School District. The TRO prohibited Mr. Crook from owning or possessing firearms or ammunition. Mr. Crook had 48 hours to file a receipt with the court to prove he turned in, sold, or stored these prohibited items. TRO p. 3. Attached hereto as Exhibit "A" is a true and correct copy of the TRO. Plaintiff attaches as his Exhibit 5, only the first page of the TRO, omitting the following six pages of the TRO.

2. On November 15, 2021 and November 16, 2021, the Superior Court of California, County of San Bernardino held hearings on a Workplace Violence Restraining Order requested by Victor Elementary School District. The court issued a final protective order ("Final Order") against Jasper Crook to protect Tanya Newell of Victor Elementary School District. The Final Order also prohibited Mr. Crook from owning or possessing firearms or ammunition. Mr. Crook had 48 hours to file a receipt with the court to prove he turned in, sold, or stored these prohibited items. Final Order p. 3. Attached hereto as Exhibit "B" is a true and correct copy of the Final Order. Plaintiff attaches as his Exhibit 6, only the second page of the Final Order, omitting the other six pages of the TRO.

3. On November 21, 2023, this Court (the United States District Court - Central District of California) in Central District Case Number 5:22-cv-00010-JVS-SP, entitled *Rachel M. Crook v. San Bernardino Sheriff's Department, Thomas*

1 *Bechtol, Jonathan Cahow, Clayton Brandt, Stuart Cullum, and Starsun Fincel*
2 (Crook #1) entered judgment in favor of these same defendants after granting
3 summary judgment in their favor.  True and correct copies of the Report and
4 Recommendation (Dkt. No. 142 in Crook #1), Order Accepting Report and
5 Recommendation (Dkt. No. 150 in Crook #1), Judgment in Favor of Defendants
6 (Dkt. No. 151 in Crook #1) and the operative First Amended Complaint (Dkt. No.
7 50 in Crook #1) are collectively attached as Exhibit "C" hereto.
8      Under Rule 201 of the Federal Rules of Evidence, the Court may take judicial
9 notice of any matter "not subject to reasonable dispute in that it is either (1)
10 generally known within the territorial jurisdiction of the trial court or (2) capable of
11 accurate and ready determination by resort to sources who accuracy cannot
12 reasonably be questioned."  Fed. R. Evid. 201(b).  Judicial notice of court records is
13 proper.  *Kourtis v. Cameron*, 419 F.3d 989, 995, n.3 (9th Cir. 2004), *abrogated on*
14 *another point by Taylor v. Sturgell*, 553 U.S. 880 (2008); *United States v. Howard*,
15 381 F.3d 873, 876, n.1 (9th Cir. 2004); *Mir v. Little Co. of Mary Hosp.*, 844 F.2d
16 646, 649 (9th Cir. 1988).  Judgments, complaints and other publicly filed
17 documents, are proper subjects of judicial notice.  *Romero v. HP, Inc.*, 2017 WL
18 386237, *4 (N.D. Cal. 2017) (taking judicial notice of filings in other litigation);
19 *Rotham v. Gregor*, 220 F.3d 81, 92 (2d Cir. 2000) (judicial notice of complaint).
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Here, good cause exists for admission of these Exhibits as matters of public record officially maintained by the San Bernardino County Superior Court and this Court, and, therefore, capable of accurate and ready determination.

Respectfully submitted,

LAWRENCE BEACH ALLEN & CHOI, PC

Dated: November 12, 2024        By   /s/ Aamir Raza
                                CHRISTINA M. SPRENGER
                                AAMIR RAZA
                                Attorneys for Defendants
                                SAN BERNARDINO SHERIFF'S
                                DEPARTMENT, THOMAS BECHTOL,
                                JONATHAN CAHOW, CLAYTON
                                BRANDT, STUART CULLUM, and
                                STARSUN FINCEL