Christina M. Sprenger, Esq. [State Bar No. 205105]
E-mail: csprenger@lbaclaw.com
Aamir Raza, Esq. [State Bar No. 223530]
E-mail: araza@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
E-mail: LBACOCstaff@lbaclaw.com
959 South Coast Drive, Suite 260
Costa Mesa, California 92626
Telephone No.: (714) 479-0180

Attorneys for Defendants SAN BERNARDINO SHERIFF'S DEPARTMENT, VICTORVILLE POLICE DEPARTMENT, THOMAS BECHTOL, JONATHAN CAHOW, CLAYTON BRANDT, STUART CULLUM, and STARSUN FINCEL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASPER O. CROOK,<br><br>   Claimant,<br><br>vs.<br><br>SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT; VICTORVILLE POLICE DEPARTMENT; THOMAS BECHTOL, individually and in his official capacity; JONATHAN CAHOW, individually and in his official capacity; CLAYTON BRANDT, individually and in his official capacity; STUART CULLUM, individually and in his official capacity; STARSUN FINCEL, individually and in his official capacity; and DOES 1-10 inclusive, in their individual and official capacities,<br><br>   Defendants. | Case No.: 5:23-cv-02448-JVS-AS<br><br>**DECLARATION OF AAMIR RAZA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>*[Motion for Summary Judgment; Separate Statement; Request for Judicial Notice; Notice of Manual Filing/Lodging; and [Proposed] Judgment submitted concurrently herewith]*<br><br>**Matter for Determination Before the Honorable Magistrate Alka Sagar** |

TO THE HONORABLE COURT AND PRO SE PLAINTIFF:

1  Defendants SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT,
2  VICTORVILLE POLICE DEPARTMENT, T. BECHTOL, JONATHAN CAHOW,
3  CLAYTON BRANDT, STUART CULLUM, and STARSUN FINCEL (collectively
4  "Defendants")hereby submit the Declaration of Aamir Raza with exhibits in support
5  of their Opposition to Plaintiff's Motion for Summary Judgment

Respectfully submitted,

LAWRENCE BEACH ALLEN & CHOI, PC

Dated: November 12, 2024    By    /s/ Aamir Raza
　　　　　　　　　　　　　　　　CHRISTINA M. SPRENGER
　　　　　　　　　　　　　　　　AAMIR RAZA
　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　SAN BERNARDINO SHERIFF'S
　　　　　　　　　　　　　　　　DEPARTMENT, THOMAS BECHTOL,
　　　　　　　　　　　　　　　　JONATHAN CAHOW, CLAYTON
　　　　　　　　　　　　　　　　BRANDT, STUART CULLUM, and
　　　　　　　　　　　　　　　　STARSUN FINCEL

# DECLARATION OF AAMIR RAZA

I, Aamir Raza, declare and state as follows:

1. I am an attorney at law, duly authorized to practice before this Court, and I am an attorney at the law firm Lawrence Beach Allen & Choi, P.C. attorneys of record for Defendants San Bernardino County Sheriff's Department, Victorville Police Department, Thomas Bechtol, Jonathan Cahow, Clayton Brandt, Stuart Cullum, and Starsun Fincel ("Defendants"). The facts set forth herein are of my own personal knowledge, except those stated upon information and belief, and as to those matters, I believe them to be true. If called to testify, I could and would competently testify thereto.

2. Attached as Exhibit "D" to the contemporaneously submitted Notice of Manual Filing is a true and correct copy of an audio file named "Audio 1 - Crook Contact" that had been kept in the ordinary course of business at the San Bernardino County Sheriff's Department. The file has been produced to Plaintiff with Bates Number DEF_0044 as part of Defendant San Bernardino's Response to Plaintiff's Request for Production of Documents, Set One on July 1, 2024.

3. A true and correct copy of the transcription of the entirety of "Audio 1 – Crook Contact" by certified court reporter Jaclyn D. Kinsbursky (C.S.R. No. 13858) is attached hereto as Exhibit "E".

4. Attached hereto as Exhibit "F" to the contemporaneously submitted Notice of Manual Filing is a true and correct copy of a video file named "Video 1 – Crook Contact" that had been kept in the ordinary course of business at the San Bernardino County Sheriff's Department. The file has been produced to Plaintiff with Bates Number DEF_0064 as part of Defendant San Bernardino's Response to Plaintiff's Request for Production of Documents, Set One on July 1, 2024.

5. Attached hereto as Exhibit "G" is a redacted, but true and correct copy of a Search Warrant and Affidavit that had been kept in the ordinary course of business at the San Bernardino County Sheriff's Department. It has been produced

to Plaintiff with Bates Numbers DEF_0039-DEF_0043 as part of Defendant San Bernardino's Response to Plaintiff's Request for Production of Documents, Set One on July 1, 2024.

6. San Bernardino County contracts with the City of Victorville to provide law enforcement services. The "Victorville Police Department" is a sub-station staffed and operated by the San Bernardino County Sheriff's Department.

7. Attached hereto as Exhibit "H" is a true and correct copy of a declaration submitted by Plaintiff Jasper Crook in the related case of United States District Court - Central District Case Number 5:22-cv-00010-JVS-SP, entitled *Rachel M. Crook v. San Bernardino Sheriff's Department, Thomas Bechtol, Jonathan Cahow, Clayton Brandt, Stuart Cullum, and Starsun Fincel* (Crook #1).

7. Attached hereto as Exhibit "I" is a redacted, but true and correct copy of the Crime Reports prepared regarding DR#172111554, the encounter with Jasper Crook on December 2, 2021, that had been kept in the ordinary course of business at the San Bernardino County Sheriff's Department. The reports have been produced to Plaintiff with Bates Number DEF_0001 through DEF_0014 as part of Defendant San Bernardino's Response to Plaintiff's Request for Production of Documents, Set One on July 1, 2024.

8. Attached hereto as Exhibit "J" is a redacted, but true and correct copy of the Receipts signed by Jasper Crook that had been kept in the ordinary course of business at the San Bernardino County Sheriff's Department. The reports have been produced to Plaintiff with Bates Number DEF_0015 through DEF_0017 as part of Defendant San Bernardino's Response to Plaintiff's Request for Production of Documents, Set One on July 1, 2024.

/ / /

/ / /

/ / /

1 | I declare under penalty of perjury under the laws of the State of California
2 | that the foregoing is true and correct.
3 | Executed on November 12, 2024, at Costa Mesa, California.

      /s/ Aamir Raza
      Aamir Raza