1  Christina M. Sprenger, Esq. [State Bar No. 205105]
2  E-mail: csprenger@lbaclaw.com
3  Aamir Raza, Esq. [State Bar No. 223530]
   E-mail: araza@lbaclaw.com
4  LAWRENCE BEACH ALLEN & CHOI, PC
5  E-mail: LBACOCstaff@lbaclaw.com
   959 South Coast Drive, Suite 260
6  Costa Mesa, California 92626
7  Telephone No.: (714) 479-0180

8  Attorneys for Defendants SAN BERNARDINO SHERIFF'S DEPARTMENT,
9  VICTORVILLE POLICE DEPARTMENT, THOMAS BECHTOL, JONATHAN
   CAHOW, CLAYTON BRANDT, STUART CULLUM, and STARSUN FINCEL
10

11              **UNITED STATES DISTRICT COURT**
12              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASPER O. CROOK, | Case No.: 5:23-cv-02448-JVS-AS |
| Claimant, | **COUNTY DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT; VICTORVILLE POLICE DEPARTMENT; THOMAS BECHTOL, individually and in his official capacity; JONATHAN CAHOW, individually and in his official capacity; CLAYTON BRANDT, individually and in his official capacity; STUART CULLUM, individually and in his official capacity; STARSUN FINCEL, individually and in his official capacity; and DOES 1-10 inclusive, in their individual and official capacities, | **Date**: No date is set per Court's Scheduling Order (Dkt. No. 22). *[Motion for Summary Judgment/Partial Summary Judgment; Separate Statement; Declaration of Aamir Raza with Exhibits; Notice of Manual Filing and [Proposed] Judgment submitted concurrently herewith]* |
| Defendants. | **Matter for Determination Before the Honorable Magistrate Alka Sagar** |

1
REQUEST FOR JUDICIAL NOTICE RE COUNTY DEFENDANTS' MSJ/PSJ

TO THE HONORABLE COURT AND PRO SE PLAINTIFF:

PLEASE TAKE NOTICE that pursuant to Rule 201 of the Federal Rules of Evidence, Defendants SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, VICTORVILLE POLICE DEPARTMENT, T. BECHTOL, JONATHAN CAHOW, CLAYTON BRANDT, STUART CULLUM, and STARSUN FINCEL (collectively "County Defendants") respectfully request the Court take judicial notice of the following facts in support of their Motion for Summary Judgment, or in the alternative, Motion for Partial Summary Judgment ("County MSJ"):

1. On October 26, 2021, a Temporary Restraining Order ("TRO") was issued against Jasper Crook by the Superior Court of California, County of San Bernardino to protect Tanya Newell of Victor Elementary School District. The TRO prohibited Mr. Crook from owning or possessing firearms or ammunition. Mr. Crook had 48 hours to file a receipt with the court to prove he turned in, sold, or stored these prohibited items. TRO p. 3. Attached hereto as Exhibit "A" is a true and correct copy of the TRO.  Plaintiff attaches as Exhibit 5 to his motion for summary judgment ("Plaintiff's MSJ"), only the first page of the TRO, omitting the following six pages of the TRO.[1]

2. On November 15, 2021 and November 16, 2021, the Superior Court of California, County of San Bernardino held hearings on a Workplace Violence Restraining Order requested by Victor Elementary School District. The court issued a final protective order ("Final Order") against Jasper Crook to protect Tanya Newell of Victor Elementary School District. The Final Order also prohibited Mr.

---

[1] The County Defendants have previously submitted a substantively identical Request for Judicial Notice in connection with their Opposition to Plaintiff's MSJ (Dkt. No. 43.)  The County Defendants apologize for the duplicative filing; however, they are doing so for ease of reference for the pro se Plaintiff and so that the County MSJ is complete in and of itself.  The documents produced here were previously provided to Plaintiff in the County Defendants discovery responses.

Crook from owning or possessing firearms or ammunition. Mr. Crook had 48 hours to file a receipt with the court to prove he turned in, sold, or stored these prohibited items. Final Order p. 3. Attached hereto as Exhibit "B" is a true and correct copy of the Final Order. Plaintiff attaches as his Exhibit 6 to Plaintiff's MSJ, only the second page of the Final Order, omitting the other six pages of the TRO.

3. On November 21, 2023, this Court (the United States District Court - Central District of California) in Central District Case Number 5:22-cv-00010-JVS-SP, entitled *Rachel M. Crook v. San Bernardino Sheriff's Department, Thomas Bechtol, Jonathan Cahow, Clayton Brandt, Stuart Cullum, and Starsun Fincel* (Crook #1) entered judgment in favor of these same defendants (based on this same search being consensual). True and correct copies of the Report and Recommendation (Dkt. No. 142 in Crook #1), Order Accepting Report and Recommendation (Dkt. No. 150 in Crook #1), Judgment in Favor of Defendants (Dkt. No. 151 in Crook #1) and the operative First Amended Complaint (Dkt. No. 50 in Crook #1) are collectively attached as Exhibit "C" hereto.

4. In Crook #1, Plaintiff Jasper Crook filed a declaration regarding the search in question here, asserting the same position as he takes here (i.e. that the search was not consensual). Attached hereto as Exhibit "H" is a true and correct copy of a declaration submitted by Plaintiff Jasper Crook in Crook #1.[2] Exhibit C above contains the Court's determination that, despite Mr. Crook's contention otherwise, the undisputed audio of the incident established that he consented to the search.

Under Rule 201 of the Federal Rules of Evidence, the Court may take judicial notice of any matter "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of

---

[2] For the sake of consistency, the County Defendants have kept the exhibit numbering and lettering the same as in the briefing on Plaintiff's MSJ. Exhibits D-G and I are attached to the Declaration of Aamir Raza, filed concurrently herewith.

| | |
|---|---|
| 1 | accurate and ready determination by resort to sources who accuracy cannot |
| 2 | reasonably be questioned." Fed. R. Evid. 201(b).  Judicial notice of court records is |
| 3 | proper. *Kourtis v. Cameron*, 419 F.3d 989, 995, n.3 (9th Cir. 2004), *abrogated on* |
| 4 | *another point by Taylor v. Sturgell*, 553 U.S. 880 (2008); *United States v. Howard*, |
| 5 | 381 F.3d 873, 876, n.1 (9th Cir. 2004); *Mir v. Little Co. of Mary Hosp.*, 844 F.2d |
| 6 | 646, 649 (9th Cir. 1988).  Judgments, complaints and other publicly filed |
| 7 | documents, are proper subjects of judicial notice. *Romero v. HP, Inc.*, 2017 WL |
| 8 | 386237, *4 (N.D. Cal. 2017) (taking judicial notice of filings in other litigation); |
| 9 | *Rotham v. Gregor*, 220 F.3d 81, 92 (2d Cir. 2000) (judicial notice of complaint). |
| 10 |      Here, good cause exists for admission of these Exhibits as matters of public |
| 11 | record officially maintained by the San Bernardino County Superior Court (Exhibits |
| 12 | A and B) and of this Court (Exhibits C and H), and, therefore, capable of accurate |
| 13 | and ready determination. |

                              Respectfully submitted,

                              LAWRENCE BEACH ALLEN & CHOI, PC

Dated: February 6, 2025       By   /s/ Aamir Raza
                                      CHRISTINA M. SPRENGER
                                      AAMIR RAZA
                                      Attorneys for Defendants
                                      SAN BERNARDINO SHERIFF'S
                                      DEPARTMENT, THOMAS BECHTOL,
                                      JONATHAN CAHOW, CLAYTON
                                      BRANDT, STUART CULLUM, and
                                      STARSUN FINCEL

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Aamir Raza, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 959 South Coast Drive, Suite 260, Costa Mesa, California 92626.

On February 6, 2025, I served the **COUNTY DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** on the interested parties in this action by causing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Jasper O. Crook
19004 Sheffield Street
Hesperia, California 92345
*Claimant in Pro Se*

__X__  BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__X__  (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 6, 2025, at Pasadena, California.



_____
Declarant[3]

---

[3] As required, the above-referenced document is accompanied by an unsigned affidavit of service, to be signed by the Declarant following service. The method of service and date of service listed herein are to be used in calculating dates triggered by service of this document. The Declarant will maintain the signed original of this affidavit and will submit it to the Court if appropriate.