# EXHIBIT A

**EXHIBIT A-1**

**WV-110  Temporary Restraining Order**

*Clerk stamps date here when form is filed.*

FILED
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

OCT 2 6 2021

BY _Arlene Guardado_
ARLENE GUARDADO, DEPUTY

① **Petitioner (Employer)**

a. Name: Victor Elementary School District
   Lawyer for Petitioner (if any, for this case):
   Name: Beverly Ozowara     State Bar No.: 299170
   Firm Name: Atkinson, Andelson, Loya, Ruud & Romo
b. Your Address (If you have a lawyer, give your lawyer's information.):
   Address: 3880 Lemon Street, Suite 350
   City: Riverside     State: CA    Zip: 92501
   Telephone: (951) 683-1122    Fax: (951) 683-1144
   E-Mail Address: Beverly.Ozowara@aalrr.com

*Fill in court name and street address:*
Superior Court of California, County of
San Bernardino - Civil Division
247 West Third Street
San Bernardino, CA 92415-0210

② **Employee (Protected Person)**
Full Name: Tanya Newell

③ **Respondent (Restrained Person)**
Full Name: Jasper Crook
Description:

*Court fills in case number when form is filed.*
Case Number: **CIV SB 2124463**

Sex: ☑ M  ☐ F   Height: 5'11"   Weight: 170   Date of Birth: [redacted] 1971
Hair Color: Black   Eye Color: Brown   Age: 50   Race: African American
Home Address (if known): [redacted]
City: Hesperia     State: CA    Zip: 92345
Relationship to Employee: Respondent's children attend Mountain View Montessori; Employee is Principal

④ ☐ **Additional Protected Persons**

In addition to the employee, the following family or household members or other employees are protected by the temporary orders indicated below:

| Full Name | Sex | Age | Household Member? | Relation to Employee |
|---|---|---|---|---|
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |

☐ Additional protected persons are listed at the end of this Order on Attachment 4.

⑤ **Expiration Date**
*This Order expires at the end of the hearing scheduled for the date and time below:*

Date: 11-15-21    Time: 9:00    ☑ a.m.  ☐ p.m.

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2017, Mandatory Form
Code of Civil Procedure, §§ 527.8 and 527.9
Approved by DOJ

**Temporary Restraining Order (CLETS—TWH)**
**(Workplace Violence Prevention)**

WV-110, Page 1 of 5 →

**EXHIBIT A-2**
DEF_0021

Case Number: **CIV SB 2124463**

**To the Respondent:**

The court has issued the temporary orders checked as granted below. If you do not obey these orders, you can be arrested and charged with a crime. You may have to go to jail for up to one year, pay a fine of up to $1,000, or both.

**⑥ Personal Conduct Orders**

☐ Not Requested   ☐ Denied Until the Hearing   ☑ Granted as Follows:

a. You are ordered **not** do the following things to the employee
   ☐ and to the other protected persons listed in ④:
   (1) ☐ Harass, molest, strike, assault (sexually or otherwise), batter, abuse, destroy personal property of, or disturb the peace of the person.
   (2) ☐ Commit acts of violence or make threats of violence against the person.
   (3) ☑ Follow or stalk the person during work hours or to or from the place of work.
   (4) ☑ Contact the person, either directly or indirectly, in any way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by e-mail, by fax, or by other electronic means.
   (5) ☑ Enter the workplace of the person.
   (6) ☑ Take any action to obtain the person's address or locations. If this item is not checked, the court has found good cause not to make this order.
   (7) ☐ Other *(specify):*
       ☐ Other personal conduct orders are attached at the end of this Order on Attachment 6a(7).

b. Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case is allowed and does not violate this order. However, you may have your papers served by mail on the petitioner.

**⑦ Stay-Away Order**

☐ Not Requested   ☐ Denied Until the Hearing   ☑ Granted as Follows:

a. You **must** stay at least **50** yards away from *(check all that apply):*
   (1) ☐ The employee                              (7) ☐ The employee's children's place of child care
   (2) ☐ Each other protected person listed in ④   (8) ☑ The employee's vehicle
   (3) ☑ The employee's workplace                  (9) ☐ Other *(specify):*
   (4) ☐ The employee's home
   (5) ☐ The employee's school
   (6) ☐ The employee's children's school

b. This stay-away order does not prevent you from going to or from your home or place of employment.

**This is a Court Order.**

Case Number: **CIV SB 2124463**

## ⑧ No Guns or Other Firearms and Ammunition

a. You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get guns, other firearms, or ammunition.

b. You must:
   (1) Sell to or store with a licensed gun dealer or turn in to a law enforcement agency any guns or other firearms in your immediate possession or control. This must be done within 24 hours of being served with this Order.
   (2) File a receipt with the court within 48 hours of receiving this Order that proves that your guns or firearms have been turned in, sold, or stored. *(You may use form WV-800, Proof of Firearms Turned In, Sold, or Stored for the receipt.)*

c. ☐ The court has received information that you own or possess a firearm.

## ⑨ Other Orders

☑ **Not Requested**   ☐ **Denied Until the Hearing**   ☐ **Granted as Follows** *(specify)*:

_____

_____

☐ Additional orders are attached at the end of this Order on Attachment 9.

**To the Petitioner:**

## ⑩ Mandatory Entry of Order Into CARPOS Through CLETS

This Order must be entered into the California Restraining and Protective Order System (CARPOS) through the California Law Enforcement Telecommunications System (CLETS). *(Check one)*:

a. ☐ The clerk will enter this Order and its proof-of-service form into CARPOS.

b. ☑ The clerk will transmit this Order and its proof-of-service form to a law enforcement agency to be entered into CARPOS.

c. ☐ By the close of business on the date that this Order is made, the employer or the employer's lawyer should deliver a copy of the Order and its proof-of-service form to the law enforcement agencies listed below to enter into CARPOS:

| Name of Law Enforcement Agency | Address *(City, State, Zip)* |
|---|---|
| | |

☐ Additional law enforcement agencies are listed at the end of this Order on Attachment 10.

## ⑪ No Fee to Serve (Notify) Restrained Person   ☑ Ordered   ☐ Not Ordered

The sheriff or marshal will serve this Order without charge because:

a. ☑ The Order is based on a credible threat of violence or stalking.

b. ☐ The petitioner is entitled to a fee waiver.

**This is a Court Order.**

Case Number: **CIV SB 2124463**

(12) Number of pages attached to this Order, if any: _____

Date: **10/26/21**

_Judicial Officer_

**JOHN M. PACHECO**

## Warnings and Notices to the Restrained Person in ❷

### You Cannot Have Guns or Firearms

You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get guns, other firearms, or ammunition while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to or store with a licensed gun dealer or turn in to a law enforcement agency any guns or other firearms that you have or control as stated in item ⑧ above. The court will require you to prove that you did so.

### Notice Regarding Nonappearance at Hearing and Service of Order

If you have been personally served with this Temporary Restraining Order and form WV-109, _Notice of Court Hearing_, but you do not appear at the hearing either in person or by a lawyer, and a restraining order that is the same as this Temporary Restraining Order except for the expiration date is issued at the hearing, a copy of the order will be served on you by mail at the address in item ③.

If this address is not correct or you wish to verify that the Temporary Restraining Order was converted into a restraining order at the hearing without substantive change, or to find out the duration of the order, contact the clerk of the court.

### After You Have Been Served With a Restraining Order

- Obey all the orders. Any intentional violation of this Order is a misdemeanor punishable by a fine or by imprisonment in a county jail, or by both fine and imprisonment. (Pen. Code, § 273.6.)
- Read form WV-120-INFO, _How Can I Respond to a Petition for Orders to Stop Workplace Violence?_, to learn how to respond to this Order.
- If you want to respond, fill out form WV-120, _Response to Petition for Workplace Violence Restraining Orders_, and file it with the court clerk. You do not have to pay any fee to file your response if the petition claims that you threatened violence against or stalked the employee, or placed the employee in reasonable fear of violence.
- You must have form WV-120 served on the petitioner or the petitioner's attorney by mail. You cannot do this yourself. The person who does the service should complete and sign form WV-250, _Proof of Service of Response by Mail_. File the completed proof of service with the court clerk before the hearing date or bring it with you to the hearing.
- In addition to the response, you may file and have declarations served, signed by you and other persons who have personal knowledge of the facts. You may use form MC-030, _Declaration_, for this purpose. It is available from the clerk's office at the court shown on page 1 of this form or at www.courts.ca.gov/forms. If you do not know how to prepare a declaration, you should see a lawyer.
- Whether or not you file a response, you should attend the hearing. If you have any witnesses, they must also go to the hearing.
- At the hearing, the judge can make restraining orders against you that last for up to three years. Tell the judge why you disagree with the orders requested.

**This is a Court Order.**

Revised January 1, 2017

**Temporary Restraining Order (CLETS—TWH)**
(Workplace Violence Prevention)

WV-110, Page 4 of 5 →

**EXHIBIT A-5**

DEF_0024

| Case Number: |
|---|
| CIV SB 2124463 |

## Instructions for Law Enforcement

### Enforcing the Restraining Order
This order is enforceable by any law enforcement agency that has received the order, is shown a copy of the order, or has verified its existence on the California Restraining and Protective Orders System (CARPOS). Agencies are encouraged to enter violation messages into CARPOS. If the law enforcement agency has not received proof of service on the restrained person, the agency must advise the restrained person of the terms of the order and then must enforce it. Violations of this order are subject to criminal penalties.

### Start Date and End Date of Orders
This order *starts* on the date next to the judge's signature on page 4. The order *ends* on the expiration date in item 5 on page 1.

### If the Protected Person Contacts the Restrained Person
Even if the protected person invites or consents to contact with the restrained person, this order remains in effect and must be enforced. The protected person cannot be arrested for inviting or consenting to contact with the restrained person. The order can be changed only by another court order. (Pen. Code, § 13710(b).)

### Conflicting Orders—Priorities for Enforcement
**If more than one restraining order has been issued, the orders must be enforced according to the following priorities:** (See Pen. Code, § 136.2, Fam. Code, §§ 6383(h)(2), 6405(b).)
1. *EPO:* If one of the orders is an *Emergency Protective Order* (form EPO-001) and is more restrictive than other restraining or protective orders, it has precedence in enforcement over all other orders.
2. *No Contact Order:* If there is no EPO, a no-contact order that is included in a restraining or protective order has precedence over any other restraining or protective order.
3. *Criminal Order:* If none of the orders includes a no contact order, a domestic violence protective order issued in a criminal case takes precedence in enforcement over any conflicting civil court order. Any nonconflicting terms of the civil restraining order remain in effect and enforceable.
4. *Family, Juvenile, or Civil Order:* If more than one family, juvenile, or other civil restraining or protective order has been issued, the one that was issued last must be enforced.

*(Clerk will fill out this part.)*
—**Clerk's Certificate**—

*Clerk's Certificate*
*[seal]*

I certify that this *Temporary Restraining Order* is a true and correct copy of the original on file in the court.

Date:_____ Clerk, by _____, Deputy

**This is a Court Order.**

Revised January 1, 2017 — **Temporary Restraining Order (CLETS—TWH)** — WV-110, Page 5 of 5
(Workplace Violence Prevention)

**EXHIBIT A-6**
DEF_0025

ORIGINAL

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Beverly Ozowara (SBN 299170)<br>ATKINSON ANDELSON LOYA RUUD & ROMO, A Professional Corporation<br>3880 Lemon Street, Ste. 350<br>Riverside, CA 92501<br>Telephone No: 951-683-1122<br>Attorney For: Petitioner | | Ref. No. or File No.:<br>005090.00083 | | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>SAN BERNARDINO DISTRICT<br>NOV 0 1 2021<br>BY _____<br>CHRIS GOLDSTEIN, DEPUTY |
| Insert name of Court, and Judicial District and Branch Court:<br>Superior Court for The State of California County of San Bernardino - Civil Division | | | | |
| Plaintiff: VICTOR ELEMENTARY SCHOOL DISTRICT<br>Defendant: JASPER CROOK | | | | |
| **PROOF OF SERVICE** | Hearing Date:<br>11-15-2021 | Time:<br>9:00 am | Dept/Div:<br>531 | Case Number:<br>CIVSB2124463 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the WV-110: Temporary Restraining Order; WV-100: Petition for Workplace Violence Restraining Orders; Declaration of Tanya Newell in Support of Petitioner Victor Elementary School District's Workplace Violence Restraining Order; Declaration of Laurie Edgemon in Support of Petitioner Victor Elementary School District's Workplace Violence Restraining Order; Declaration of Jerri Romero in Support of Petitioner Victor Elementary School District's Workplace Violence Restraining Order; Certificate of Assignment; Civil Case Cover Sheet; WV-109: Notice of Court Hearing; WV-120-Info: How Can I Respond to a Petition for Workplace Violence Restraining Orders?; WV-120: Response to Petition for Workplace Violence Restraining Orders; WV-250: Proof of Service of Response by Mail; WV-800-Info: How do I turn in, Sell, or Store My Firearms?; WV-800: Proof of Firearms Turned In, Sold, or Stored

3. a. Party served: Jasper Crook
   b. Person served: Party in item 3.a.

4. Address where the party was served: 17000 SILICA Dr, Victorville, CA 92395

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Nov 01 2021 (2) at: 07:50 AM

6. **Person Who Served Papers:**
   a. Brandonn Mosley (1318, San Bernardino)
   b. FIRST LEGAL
      3600 Lime St., Ste. 626
      RIVERSIDE, CA 92501
   c. (951) 779-1110

   Recoverable cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $168.58
   e. I am: A Registered California Process Server

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

11/01/2021                        Brandonn Mosley
(Date)                            (Signature)

**EXHIBIT A-7**
DEF_0026

Judicial Council Form  
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

6297808  
(8690354)

**EXHIBIT A-8**  
DEF_0027