# EXHIBIT B

Case 5:23-cv-02448-JVS-AS   Document 49-2   Filed 02/06/25   Page 1 of 10   Page ID #:638

**EXHIBIT B-1**

**WV-130** — Workplace Violence Restraining Order After Hearing

*Clerk stamps date here when form is filed.*

**FILED**
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

NOV 18 2021

*Arlene Guardado* (signature)

**ARLENE GUARDADO**

### ① Petitioner (Employer)

a. Name: Victor Elementary School District

Lawyer for Petitioner (if any, for this case)
Name: Beverly Ozowara   State Bar No.: 299170
Firm Name: Atkinson, Andelson, Loya, Ruud & Romo

b. Your Address (If you have a lawyer, give your lawyer's information.)
Address: 3880 Lemon Street, Suite 350
City: Riverside   State: CA   Zip: 92501
Telephone: (951) 683-1122   Fax: (951) 683-1144
E-Mail Address: Beverly.Ozowara@aalrr.com

*Fill in court name and street address:*
Superior Court of California, County of
San Bernardino - Civil Division
247 West Third Street
San Bernardino, CA 92415

*Court fills in case number when form is filed.*
**Case Number: CIV SB 2124463**

### ② Employee (Protected Person)

Full Name: Tanya Newell

### ③ Respondent (Restrained Person)

Full Name: Jasper Crook

Description
Sex: ☒ M   ☐ F   Height: 5'11"   Weight: 170   Date of Birth: [redacted] 1971
Hair Color: Black   Eye Color: Brown   Age: 50   Race: African American
Home Address (if known): [redacted]
City: Hesperia   State: CA   Zip: 92345
Relationship to Employee: Respondent's children attend school site; Employee is Principal

### ④ ☐ Additional Protected Persons

In addition to the student, the following family or household members or other students are protected by the temporary orders indicated below:

| Full Name | Sex | Age | Household Member? | Relation to employee |
|---|---|---|---|---|
|  |  |  | ☐ Yes ☐ No |  |
|  |  |  | ☐ Yes ☐ No |  |
|  |  |  | ☐ Yes ☐ No |  |

☐ Additional protected persons are listed at the end of this Order on Attachment 4.

### ⑤ Expiration Date

*This Order, except for any award of lawyer's fees, expires at*
Date: 11/18/24   Time: midnight   ☐ a.m. ☐ p.m.

If no expiration date is written here, this Order expires three years from the date of issuance.

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2018, Mandatory Form
Code of Civil Procedure, § 527.8 and 527.9
Approved by DOJ

**Workplace Violence Restraining Order After Hearing (CLETS—WHO)**
(Workplace Violence Prevention)

WV-130, Page 1 of 6 →

**EXHIBIT B-2**
DEF_0028

Case Number: **CIVSB 2124463**

## ⑥ Hearing

a. There was a hearing on *(date):* 11/15 - 11/16/21 at *(time):* 9:00 am in Dept.: S31  Room: _____
(Name of judicial officer): __JOHN M. PACHECO__ made the orders at the hearing.

b. These people were at the hearing:
   (1) ☑ The petitioner/employer  *(name):* DR. TANYA BONITEZ, representative
   (2) ☑ The lawyer for the petitioner/employer  *(name):* BEVERLY OZOWARA
   (3) ☑ The employee   (4) ☑ The lawyer for the employee  *(name):* BEVERLY OZOWARA
   (5) ☑ The respondent  (6) ☐ The lawyer for the respondent *(name):* _____
   ☐ Additional persons present are listed at the end of this Order on Attachment 6b.

c. ☐ The hearing is continued. The parties must return to court on *(date):* _____ at *(time):* _____

### To the Respondent:

**The court has granted the orders checked below. If you do not obey these orders, you can be arrested and charged with a crime. You may be sent to jail for up to one year, pay a fine of up to $1,000, or both.**

## ⑦ Personal Conduct Orders

a. You are ordered not do the following things to the employee
   ☐ and to the other protected persons listed in ④:
   (1) ☑ Harass, molest, strike, assault (sexually or otherwise), batter, abuse, destroy personal property of, or disturb the peace of the person.
   (2) ☑ Commit acts of violence or make threats of violence against the person.
   (3) ☑ Follow or stalk the person during work hours or to or from the place of work.
   (4) ☑ Contact the person, either directly or indirectly, in any way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by e-mail, by text message, by fax, or by other electronic means.
   (5) ☑ Enter the person's workplace.
   (6) ☑ Take any action to obtain the person's address or locations. If this item is not checked, the court has found good cause not to make this order.
   (7) ☑ Other *(specify):*
       ☐ Other personal conduct orders are attached at the end of this Order on Attachment 7a(7).

   _____
   _____
   _____
   _____

b. Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case is allowed and does not violate this order.

### This is a Court Order.

Revised January 1, 2018        **Workplace Violence**        WV-130, Page 2 of 6
**Restraining Order After Hearing (CLETS—WHO)**        →
(Workplace Violence Prevention)

**EXHIBIT B-3**
DEF_0029

Case Number: **CIV SB 2124463**

### ⑧ Stay-Away Orders

a. You must stay at least ___100___ yards away from *(check all that apply):*

(1) ☑ The employee.
(2) ☐ Each other protected person listed in ④.
(3) ☑ The employee's workplace.
(4) ☑ The employee's home.
(5) ☐ The employee's school.
(6) ☐ The employee's children's school.
(7) ☐ The employee's children's place of child care.
(8) ☑ The employee's vehicle.
(9) ☑ Other *(specify):* Stay away from Mountain View Montessori Charter School 17000 Silica Rd Victorville, CA 92395

b. This stay-away order does not prevent you from going to or from your home or place of employment.

### ⑨ No Guns or Other Firearms and Ammunition

a. **You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get guns, other firearms, or ammunition.**

b. If you have not already done so, you must:
   (1) Sell to or store with a licensed gun dealer or turn in to a law enforcement agency any guns or other firearms in your immediate possession or control. This must be done within 24 hours of being served with this Order.
   (2) File a receipt with the court within 48 hours of receiving this Order that proves that your guns have been turned in, sold, or stored. *(You may use form WV-800, Proof of Firearms Turned In, Sold, or Stored, for the receipt.)*

c. ☑ The court has received information that you own or possess a firearm.

d. ☐ The court has made the necessary findings and applies the firearm relinquishment exemption under Code of Civil Procedure section 527.9(f). Under California law, the respondent is not required to relinquish this firearm *(specify make, model, and serial number of firearm(s)):* _____

_____
The firearm must be in his or her physical possession only during scheduled work hours and during travel to and from his or her place of employment. Even if exempt under California law, the respondent may be subject to federal prosecution for possessing or controlling a firearm.

### ⑩ ☐ Costs

You must pay the following amounts for costs to the petitioner:

| Item | Amount | Item | Amount |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

☐ Additional amounts are attached at the end of this Order on Attachment 10.

**This is a Court Order.**



**EXHIBIT B-4**
DEF_0030

Case Number: CIV SB 2124463

**(11)** ☐ **Other Orders** *(specify):*

☐ Additional orders are attached at the end of this Order on Attachment 11.

**To the Person in ①:**

**(12)** **Mandatory Entry of Order Into CARPOS Through CLETS**

This Order must be entered into the California Restraining and Protective Order System (CARPOS) through the California Law Enforcement Telecommunications System (CLETS). *(Check one):*

a. ☐ The clerk will enter this Order and its proof-of-service form into CARPOS.

b. ☑ The clerk will transmit this Order and its proof-of-service form to a law enforcement agency to be entered into CARPOS.

c. ☐ By the close of business on the date that this Order is made, the petitioner or the petitioner's lawyer should deliver a copy of the Order and its proof-of-service form to the law enforcement agency listed below to enter into CARPOS:

Name of Law Enforcement Agency      Address *(City, State, Zip)*

☐ Additional law enforcement agencies are listed at the end of this Order on Attachment 12.

**(13)** **Service of Order on Respondent**

a. ☑ The respondent personally attended the hearing. ~~No other proof of service is needed.~~ *Court will require personal service of orders.*

b. ☐ The respondent did not attend the hearing.

   (1) ☐ Proof of service of form WV-110, *Temporary Restraining Order,* was presented to the court. The judge's orders in this form are the same as in form WV-110 except for the expiration date. The respondent must be served with this Order. Service may be by mail.

   (2) ☐ The judge's orders in this form are different from the temporary restraining orders in form WV-110. Someone—but not the petitioner or anyone protected by this order—must personally serve a copy of this Order on the respondent.

**(14)** **No Fee to Serve (Notify) Restrained Person**

The sheriff or marshal will serve this Order without charge because the Order is based on a credible threat of violence or stalking.

**(15)** Number of pages attached to this Order, if any: 1

Date: 11/18/21

Judicial Officer: JOHN M. PACHECO

**This is a Court Order.**

Revised January 1, 2018 — Workplace Violence Restraining Order After Hearing (CLETS—WHO) (Workplace Violence Prevention) — WV-130, Page 4 of 6

**EXHIBIT B-5**
DEF_0031

Case Number: SB 2124463

## Warning and Notice to the Respondent:

### You Cannot Have Guns or Firearms
Unless item 9d is checked, you cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get guns, other firearms, or ammunition while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to or store with a licensed gun dealer or turn in to a law enforcement agency any guns or other firearms that you have or control as stated in item ⑨. The court will require you to prove that you did so.

## Instructions for Law Enforcement

### Enforcing the Restraining Order
This Order is enforceable by any law enforcement agency that has received the Order, is shown a copy of the Order, or has verified its existence on the California Restraining and Protective Order System (CARPOS). Agencies are encouraged to enter violation messages into CARPOS. If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency must advise the restrained person of the terms of the Order and then must enforce it. Violations of this Order are subject to criminal penalties.

### Start Date and End Date of Orders
This Order *starts* on the date next to the judge's signature on page 4 and *ends* on the expiration date in item ⑤ on page 1.

### If the Protected Person Contacts the Restrained Person
Even if the protected person invites or consents to contact with the restrained person, this Order remains in effect and must be enforced. The protected person cannot be arrested for inviting or consenting to contact with the restrained person. The orders can be changed only by another court order. (Pen. Code, § 13710(b).)

### Conflicting Orders—Priorities for Enforcement
**If more than one restraining order has been issued, the orders must be enforced according to the following priorities:** *(See Pen. Code, § 136.2, Fam. Code, §§ 6383(h)(2), 6405(b).)*
1. *EPO:* If one of the orders is an *Emergency Protective Order* (form EPO-001) and is more restrictive than other restraining or protective orders, it has precedence in enforcement over all other orders.
2. *No Contact Order:* If there is no EPO, a no-contact order that is included in a restraining or protective order has precedence over any other restraining or protective order.
3. *Criminal Order:* If none of the orders includes a no contact order, a domestic violence protective order issued in a criminal case takes precedence in enforcement over any conflicting civil court order. Any nonconflicting terms of the civil restraining order remain in effect and enforceable.
4. *Family, Juvenile, or Civil Order:* If more than one family, juvenile, or other civil restraining or protective order has been issued, the one that was issued last must be enforced.

**This is a Court Order.**



**EXHIBIT B-6**
DEF_0032

Case Number: CIV SB 2124463

*Clerk's Certificate*
*[seal]*

*(Clerk will fill out this part.)*
—**Clerk's Certificate**—

I certify that this *Workplace Violence Restraining Order After Hearing* is a true and correct copy of the original on file in the court.

Date: _____ Clerk, by _____, Deputy

**This is a Court Order.**

**EXHIBIT B-7**
DEF_0033

### Attachment 7a(7)
### Court's Ruling on Submitted Matter

The court finds by clear and convincing evidence that a permanent restraining order shall be issued restraining Mr. Crook not only from Mountain View Montessori Charter School but also their principal, Tanya Newell. Attached to this ruling are the orders which shall be served personally on Jasper Crook. Mr. Crook is ordered to turn in any firearms and he shall be prohibited from owning, possessing, purchasing, receiving guns or ammunition in conformity with Number #9 of this restraining order. Mr. Crook shall comply with this order within 48 hours of being served with this order. He shall stay 100 yards from Mountain View Montessori Charter School and 100 yards from Ms. Tanya Newell. This restraining order shall be effective for 3 years from the date of this order.

Mr. Crook, like all Americans, has his First Amendment Right to Freedom of Speech but when he uses a megaphone/bullhorn in front of the Montessori Elementary school to shout "We are coming to get you Tanya Newell…We are going to get you Tanya Newell…you are turning our kids into brainless Zombies…the Administration is coming for our children and we need to be ready to fight… and comparing the wearing of masks to Nazi Germany and Hitler… referring to the children as Nazi Youth and many other insightful comments, the court does not find that these comments are protected speech when made at an elementary school during pick up and drop of tiny children who are in fear of the man on the megaphone. The court cannot condone these types of threats, disruptive and frightful activity when it inflicts fear and harm to those children attending the Montessori School and causes physical and psychological harm to its Principal, Tanya Newell.

**EXHIBIT B-8**
DEF_0034

POS-020

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| BEVERLY OZOWARA, AALRR<br>3880 LEMON STREET SUITE 350<br>RIVERSIDE CA 92501<br>TELEPHONE NO.: 951-683-1122   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): VICTOR ELEMENTARY SCHOOL DISTRICT | FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>SAN BERNARDINO DISTRICT<br><br>DEC 09 2021<br><br>BY _____<br>JACQUELINE HARNESS, DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino
STREET ADDRESS: 247 West Third Street
MAILING ADDRESS: San Bernardino CA 92415-0210
CITY AND ZIP CODE:
BRANCH NAME: Justice Center - Civil Division

PETITIONER/PLAINTIFF: VICTOR ELEMENTARY SCHOOL DISTRICT

RESPONDENT/DEFENDANT: JASPER COOK

**PROOF OF PERSONAL SERVICE—CIVIL**

| CASE NUMBER: | CIVSB2124463 |
|---|---|
| LEVYING OFFICER FILE NUMBER: | 21010612 |

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action**.

2. I served the following **documents** *(specify):* WV-130 WORKPLACE VIOLENCE RESTRAINING ORDER AFTER HEARING (CLETS-WHO), WV-800 INFO HOW DO I TURN IN, SELL OR STORE MY FIREARMS?, WV-800 PROOF OF FIREARMS TURNED IN, SOLD, OR STORED, ATTACHMENT 7A(7)

   ☐ The documents are listed in the *Attachment to Proof of Personal Service—Civil (Documents Served)* (form POS-020(D)).

3. I personally served the following **persons** at the address, date, and time stated:
   a. Name: JASPER CROOK
   b. Address: ████████████████████ HESPERIA CA 92345
   c. Date: 12/07/2021   Remarks: SERVED JASPER CROOK. CROOK WAS ADVISED OF THE TERMS OF THE
   d. Time: 12:05 pm          RESTRAINING ORDER AND THE EXPIRATION DATE CROOK ADVISED THAT

   ☐ The persons are listed in the *Attachment to Proof of Personal Service—Civil (Persons Served)* (form POS-020(P)).

4. 
   Hearing date:
   Time:
   
   Remarks: SERVED JASPER CROOK. CROOK WAS ADVISED OF THE TERMS OF THE RESTRAINING ORDER AND THE EXPIRATION DATE. CROOK ADVISED THAT VICTORVILLE CITY PD HAD ALREADY COME TO HIS RESIDENCE AND SEIZED HIS FIREARMS. CROOK WAS ADVISED HE NEEDED TO PROVIDE PROOF TO THE COURT
   
   Fee for service was: $40.00 Bill to Court

5. My name, address, telephone number, and, if applicable, county of registration and number are *(specify):*
   Name: S. Bennett
   Address: 14455 Civic Drive, Suite 400 Victorville, CA 92392
   Telephone number: (760) 243-8757

or

6. ☐ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

7. ☒ I am a California sheriff or marshal and certify that the foregoing is true and correct.

Date: Tuesday, December 7, 2021

SHANNON D. DICUS, SHERIFF-CORONER
County of San Bernardino

▶ _____
Signature of Sheriff's Authorized Agent

Form Approved for Optional Use
Judicial Council of California
POS-020 [New January 1, 2005]

**PROOF OF PERSONAL SERVICE—CIVIL**

Code of Civil Procedure, § 1011
www.courtinfo.ca.gov

Court Copy

**EXHIBIT B-9**
DEF_0035

San Bernardino Superior Court
247 West Third Street
San Bernardino CA 92415-0210



DEC 0 9 2021
SUPERIOR COURT OF CALIFORNIA
SAN BERNARDINO COUNTY

**EXHIBIT B-10**
DEF_0036