UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JASPER CROOK,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN BERNADINO COUNTY SHERIFF'S DEPARTMENT, et. al.,<br><br>    Defendants. | Case No. EDCV 23-2448-JVS (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMNEDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge.  After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.  In sum, Plaintiff's Objections do not cause the Court to reconsider its decision to accept the Magistrate Judge's conclusions and recommendations.

**IT IS ORDERED** that (1) Defendants' motion for summary judgment is GRANTED; and (2) Plaintiff's Complaint against the Doe Defendants IS DISMISSED WITHOUT PREJUDICE, and Plaintiff's Complaint against all other Defendants (San Bernadino County Sheriff's Department, Victorville Police Department, Detective Thomas Bechtol, Sergeant Jonathan Cahow, Detective Clayton Brandt, Detective Stuart Cullum, and Deputy Starsun Fincel) IS DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff.

DATED: July 07, 2025

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE