JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JASPER CROOK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAN BERNADINO COUNTY SHERIFF'S DEPARTMENT, et. al.,<br><br>　　　　Defendants. | Case No. EDCV 23-2448-JVS (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice against Defendants the San Bernadino County Sheriff's Department, Victorville Police Department, Detective Thomas Bechtol, Sergeant Jonathan Cahow, Detective Clayton Brandt, Detective Stuart Cullum,

\\

1 | and Deputy Starsun Fincel and dismissed without prejudice against
2 | the Doe Defendants.

DATED: July 07, 2025

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE